IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY SHEPHERD, | |
| Plaintiff | Civil Action No. 11-26J |
| vs. | |
| UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS; and U.S.P. CANAAN, PENNSYLVANIA, | Judge Kim R. Gibson/ Magistrate Judge Maureen P. Kelly |
| Defendants | |

## **MEMORANDUM ORDER**

It appears that the *pro se* Plaintiff, Leroy Shepherd, a federal prisoner, intended to sue not only those entities named in the caption of the Complaint, ECF No. [5] at 1, but also some individuals named in the body of the complaint, e.g., Dr. Cook, ECF No. [5] at 3, as well as some individuals named in the body of the Brief in Support of the Complaint, e.g., Mr. Roberts, Mr. Tamano, Mr. Gibson, and Mr. Sharp. ECF No. [6] at 3.

Because it is unclear as to whom Plaintiff intends to sue, Plaintiff is hereby **ORDERED** to file an amended complaint, naming in the caption of the Amended Complaint all defendants he intends to sue and, Plaintiff should, in the body of the Amended Complaint, specify what each Defendant did. Plaintiff's Amended Complaint is due by September 1, 2011. Failure to file the Amended Complaint may result in the dismissal of the case for failure to prosecute.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A), and Local Civil Rule 72.C.2, the parties are allowed to file an appeal to the District Judge by August 26, 2011. Failure to timely file an appeal to the District Judge may constitute a waiver of any appellate

1

rights in the Court of Appeals concerning this issue. Any party opposing the appeal may file their response to the appeal in accordance with Local Civil Rule 72.C.2.

                                                                   s/Maureen P. Kelly
                                                                   Maureen P. Kelly
                                                                   U.S. Magistrate Judge

Dated: August 9, 2011

cc: The Honorable Kim R. Gibson
      United States District Judge


      LEROY SHEPHERD
      08208-040
      LORETTO
      FEDERAL CORRECTIONAL INSTITUTION
      Inmate Mail/Parcels
      P.O. BOX 1000
      LORETTO, PA 15940